IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Jadney Browne f/k/a Jadney Reed,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>Niagara Credit Solutions, Inc.<br><br>　　　　　Defendant. | NO. 4:2011-cv-00151<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Jadney Browne requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　/*s*/ L. Ashley Zubal　　　　　
L. Ashley Zubal　　AT0009559　　　　　　　　　　　　c/o Mr. David G. Peltan, Esq.
MARKS LAW FIRM, P.C.　　　　　　　　　　　　　　　128 Church Street
4225 University Avenue　　　　　　　　　　　　　　East Aurora, NY 14052
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 12 day of December, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.